UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DOYLE and KEVIN McCABE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CUMULUS MEDIA INC., et al.,<br><br>Defendants. | **ORDER**<br><br>18-CV-4667 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 09 2018 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has plaintiffs' letter dated November 7, 2018.

The magistrate's timeline for discovery, issued on October 31, 2018, ECF No. 19, is affirmed and will be enforced.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:  November 8, 2018
       Brooklyn, New York